UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

RUDY J. MARAVILLA,

    Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

Case No. 2:20-CV-315 JD

## **ORDER**

This social security appeal was referred to the magistrate judge for preparation of a report and recommendation. The report and recommendation was entered on February 28, 2022, and more than fourteen days have passed without any objections being filed. The Court thus reviews the report and recommendation only for clear error. *Johnson v. Zema Sys. Corp.*, 170 F.3d 734, 739 (7th Cir. 1999). The Court has conducted that review and finds no clear error. Accordingly, the Court ADOPTS the report and recommendation (DE 26), REVERSES the Commissioner's decision, and REMANDS this matter for further proceedings. The Clerk is DIRECTED to prepare a judgment for the Court's approval.

SO ORDERED.

ENTERED: March 17, 2022

                              /s/ JON E. DEGUILIO
                              Chief Judge
                              United States District Court